**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | |
|---|---|
| LINDA MORGAN, | |
| Plaintiff, | Case No.: 2:18-cv-00159-TLS-APR |
| v. | Honorable Judge Theresa L. Springman |
| J.P. MORGAN CHASE BANK, N.A., | Honorable Judge Andrew P. Rodovich |
| Defendant, | Magistrate Judge |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

NOW COMES the Plaintiff, LINDA MORGAN ("Plaintiff"), by and through her attorneys, SULAIMAN LAW GROUP, LTD., and, in support of her Notice of Voluntary Dismissal with Prejudice, state as follows:

Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses her claims against the Defendant, J.P. MORGAN CHASE BANK, N.A., with prejudice. Each party shall bear its own costs and attorney fees.

Dated: August 22, 2018

Respectfully Submitted,

*s/ Nathan C. Volheim*
Nathan C. Volheim, Esq.
Counsel for Plaintiff
Admitted in the Northern District of Indiana
Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200
Lombard, Illinois 60148
(630) 575-8181 x113 (phone)
(630) 575-8188 (fax)
nvolheim@sulaimanlaw.com

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*s/ Nathan C. Volheim_____*
Nathan C. Volheim
